IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–00491–KMT

JAYSON M. OSLUND,

    Plaintiff,

v.

C/O MULLEN, in his individual capacity,

    Defendant.

---

## AMENDED FINAL JUDGMENT

---

This matter was tried on March 5, 2018 through March 7, 2018, before a duly sworn jury of eight, Magistrate Judge Kathleen M. Tafoya presiding. The trial proceeded to conclusion and the jury rendered its Verdict Form as follows:

Mr. Oslund did prove by a preponderance of the evidence that Officer Mullen used force maliciously and sadistically, for the very purpose of causing Mr. Oslund harm, thus causing Mr. Oslund harm, and violating Mr. Oslund's Eighth Amendment right not to be subjected to cruel and unusual punishment.

Mr. Oslund did prove by a preponderance of the evidence that Officer Mullen's act caused actual damages to Mr. Oslund.

ACCORDINGLY, IT IS ORDERED that, pursuant to Fed. R. Civ. P. 58(a), final judgment is hereby entered in favor of Plaintiff, Jayson M. Oslund and against Defendant, C/O Mullen in his individual capacity.

It is FURTHER ORDERED that judgment is entered on behalf of the plaintiff, Jayson M. Oslund and against the defendant, Officer Mullen, in his individual capacity with compensatory damages in the amount of $5,000,000.00 (FIVE MILLION DOLLARS).

It is FURTHER ORDERED that judgment is entered on behalf of the plaintiff, Jayson M. Oslund and against the defendant, Officer Mullen, in his individual capacity with punitive damages in the amount of $1,000,000.00 (ONE MILLION DOLLARS).

It is FURTHER ORDERED that Jayson Oslund shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 22nd day of March, 2018.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/Irene Parker
Irene Parker, Deputy Clerk