## MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Kristen L. Mix

DATE: August 13, 2018
15-cv-00491-KMT-KLM
<u>JAYSON M. OSLUND v. C/O MULLEN, ET AL.</u>

__✓__ A settlement conference was held on __8/13/18__ and no settlement was reached as to any claims in this action.

_____ Another Settlement Conference set for _____.

Updated Confidential Settlement Statements are due on or before _____.

☐ in accordance with the Court's Instructions

_____ A settlement conference was held on this date, and a settlement was reached as to

_____ All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____ _____.

_____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: __3__ hours __45__ minutes.

_____ A record was made           _____ No record was made

* * * * * * * * * * * * * * * *

_____ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: _____ hours _____ minutes