# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00491-KMT

JAYSON M. OSLUND,

    Plaintiff,

v.

C/O MULLEN,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and all orders previously entered, the following FINAL JUDGMENT in this civil action is entered. This matter was tried from November 26, 2018 through November 28, 2018, before an empaneled jury of eight, Magistrate Judge Kathleen M. Tafoya presiding.

After the plaintiff rested, and hearing the arguments and statements of counsel, the Court granted defendant's oral motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50. Accordingly, it is

ORDERED that final judgment is hereby entered in favor of Defendant C/O Mullen and against Plaintiff Jayson M. Oslund. It is

FURTHER ORDERED that plaintiff's claims in this action are DISMISSED. It is

FURTHER ORDERED that each of the parties shall bear their own costs and attorney's fees.

DATED at Denver, Colorado, this __3rd__ day of December 2018.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Kristina Senamontry
 Kristina Senamontry, Deputy Clerk