**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | April 20, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Ms. Nicole Brianne Godfrey
Ms. Danielle C. Jefferis
Ms. Laura Rovner
University of Denver
Student Law Office
2255 East Evans Avenue, Room 335
Denver, CO 80208

Ms. Karen Lorenz
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Mr. Zachary Warren
Highlands Law Firm
501 South Cherry Street, 11th Floor
Denver, CO 80246

**RE:     19-1000, Oslund v. CDOC**
        Dist/Ag docket: 1:15-CV-00491-KMT-KLM

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

CMW/lg